UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRWIN BUSINESS FINANCE CORPORATION,

        Plaintiff,

    v.

KALKASKA CHIROPRACTIC CENTER, PC, et al.,

        Defendants.

CASE NO. C06-1622JLR

ORDER OF REFERENCE

    IT IS ORDERED that this matter is referred to United States Bankruptcy Judge Samuel J. Steiner pursuant to 28 U.S.C. § 157(a) and Local Rules W.D. Wash. GR 7. This order of reference includes Plaintiff's motion to remand. The court's referral should not be construed as a determination as to whether Defendants' removal from state court was proper in the first instance. All future pleadings shall bear the case number 07-01042.

    Dated this 5th day of February, 2007.

                                JAMES L. ROBART
                                United States District Judge

ORDER OF REFERENCE